970 A.2d 1043

WILMAN PINTO AND ALVARO VASQUEZ, PLAINTIFFS–MOV-
ANTS, v. SPECTRUM CHEMICALS AND LABORATORY PROD-
UCTS AND SPECTRUM CHEMICAL MANUFACTURING COR-
PORATION, DEFENDANTS–RESPONDENTS.

April 2, 2009.

ORDERED that the motion for leave to appeal is granted.

970 A.2d 1043

MYRA BOWIE–MCCREADY, ET AL., PLAINTIFFS–RESPON-
DENTS, v. MORRISTOWN ZONING BOARD OF ADJUST-
MENT, DEFENDANT–PETITIONER.

April 6, 2009.

This matter having come before the Court on a grant of
defendant's petition for certification, and the Court having been
informed by counsel for plaintiff that the property in question had
been sold to the Passaic River Coalition, which had granted to the
county a historic preservation easement on the property,

And plaintiffs-respondents having argued that the within appeal
had been rendered moot by the transfer of the affected property,

And defendant Morristown Zoning Board of Adjustment having
argued that the Court should retain jurisdiction to address the
issues raised in its petition for certification,

And good cause appearing;

IT IS ORDERED that the within appeal is dismissed as moot.